RECEIVED
CLERK'S OFFICE

2013 OCT 15 AM 8:37

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
___MACON___ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Desi Lee Hyman Jackson #1167372

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

Washington County Sheriffs Office, Calvin Hatcher, Ben Akent, Audrey Stokes, Darrell Usry III, Thomas Smith, "Officer John Doe", (DT)

(NAME OF EACH DEFENDANT)
• Mack Smith

Defendant(s)

CIVIL ACTION NO:

5:13-CV-395

I. GENERAL INFORMATION

1. Your full name and prison number Desi Lee Hyman Jackson #1167372
2. Name and location of prison where you are now confined _____
3. Sentence you are now serving (how long?) 30 years serve 12 years.
   (a) What were you convicted of? S/D Cocaine.
   (b) Name and location of court which imposed sentence Washington County Superior Court, Sandersville, GA 31082
   (c) When was sentence imposed? 3/06/2012
   (d) Did you appeal your sentence and/or conviction?   Yes ✔  No ☐
   (e) What was the result of your appeal? Has not started yet Contact Attorney Charles Randy Sheppard 706 869 2062 & 706 825 9567 cell.

(f) Approximate date your sentence will be completed  12/04/2044

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

    Yes [ ]   No [✓]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

    (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

    Plaintiff(s): _____

    Defendant(s): _____

    (b) Name of Court: _____
    (c) Docket Number: _____  When did you file this lawsuit? _____
    (d) Name of judge assigned to case: _____
    (e) Is this case still pending?   Yes [ ]   No [ ]
    (f) If your answer to (e) is "No", when was it disposed of and what were the results?
    (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [✓]   No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

    (a) Parties to the previous lawsuit:

    Plaintiff(s): Desi Lee Hyman Jackson

    Defendant(s): Joel Cochran, et al.,

    (b) Name of Court: Superior Court of Washington County
    (c) Docket Number: 13CV451   When did you file this lawsuit? 7/26/2013
    (d) Name of judge assigned to case: Not available
    (e) Is this case still pending?   Yes [✓]   No [ ]

#7) a) Desi Lee Hyman Jackson - plantiff, ~~[redacted]~~ (DJ)
~~[redacted]~~ (DJ) Tobe Karrh & Johnny Vines - defendants
b) Superior Court of Washington County
c) 13CV531 , 9/3/2013
d) not available
e) yes ;

a) Desi Lee Hyman Jackson - plantiff, Sandersville Progress & Spotlight - defendants
b) Superior Court of Washington County
c) 13CV532 , 9/3/2013
d) Not available
e) yes ;

a) Desi Lee Hyman Jackson - plantiff, Ira Strickland, et al., - defendants
b) U.S. District Court, Middle District of Georgia, Macon Division
c) 5:13CV365(MTT) , 9/27/2013
d) not available
e) yes ;

a) Desi Lee Hyman Jackson - plantiff, Ga. Dept. of Corrections, et al., - defendants
b) U.S. District Court, Middle District of Georgia, Macon Division
c) 5:13CV368 (CAR) , 9/27/2013
d) Not available
e) yes ; and

a) Desi Lee Hyman Jackson - plantiff, GA. Diagnostic & Classification Prison - defendants
b) U.S. District Court, Middle District of Georgia, Macon Division
c) 5:13CV369-HL-MSH , 9/27/2013
d) not available
e) yes.

#12) Thomas H. Smith, Sheriff, WCSO - Washington County Sheriffs office.
Officers "John Doe", Deputy, WCSO - Washington County Sheriffs Office.

#13) Prior to the incident the DA had told me to go home and that I was free to leave. Mike Brett was my probation officer, He told Calvin Hatcher to make sure I did not leave the courtroom. Mr. Hatcher did not let me leave, even after the DA Hayward Altman told him I was free to go. Mr. Altman also told Mr. Brett and several other deputies/jailors I was free to leave but they never let me leave, instead they tried to place me in leg irons. An agreement had been made to let me go home and the deputies/jailors did not adhear to the DA's instructions or agreement.

**#13)** ...6) Mr. Hatcher illegally detained me on June 2nd 2005 in the Washington County Courtroom by gesturing and telling me to sit down and remain seated after the DA, Mr. Altman had told me I was free to leave.; 7) I was placed in Handcuffs by Mack Smith or Joel Cochran and taken to another part of the courtroom after the DA Mr. Altman told me I could leave. Mr. Howard who is/was an intent probation officer in Sandersville GA was present also when I was placed in handcuffs.; 8) After the incident inside the courtroom I was placed in a patrol car that was a WCSO car and an unknown officer struck me / punched me about 3 to 4 times while I was in handcuffs, at this time I was not resisting but I was using profanity.;

9) At the time of all of the incidents on June 2nd 2005 I was already injured and I had been hit by a car twice. Once in Philadelphia PA, I was hospitalized for this incident and again at the Bowling Alley in Milledgeville GA that was located down the street from the Dept of labor. I was not hospitalized in this incident, but Corey May and Tyrone Cannadie were present. Mr. May was the party I was with. I still suffer as a result of the incident on June 2nd 2005.

**#14]** Mr. Howard, Intent Probation Officer, Sandersville, GA 31082 was present on June 2nd 2005. Mr. Mack Smith and Mr. Joel Cochran were present on June 2nd 2005.; Mack Smith, Sandersville, GA 31082, detective ; Joel Cochran, TPD-WCSO, Sandersville & Tennille GA.

**#12]** Mack Smith, detective SPD, Sandersville GA 31082

(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

_____

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ☐   No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

_____     _____

_____     _____

_____     _____

_____     _____

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? Washington County Courthouse, Sandersville GA 31082

(a) Does this institution have a grievance procedure?   Yes ☑   No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☐   No ☑

(2) If Yes, what was the result? _____

_____

_____

(3) If No, explain why not: The facts of this issue aren't relevant to prison jurisdiction or authority.

_____

_____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?  Yes ☐  No ☑

(1) If Yes, to whom did you appeal and what was the result?

(2) If No, explain why you did not appeal: This issue is not relevant or related to any part of the prison's jurisdiction or authority.

10. In what other institutions have been confined? Give dates of entry and exit.
WCSO - 12/6/2011 to 5/17/2012; GDCP - 5/17/2012 to 7/10/2012; Smith State Prison - 7/10/2012 to 10/02/2012.

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.
Telfair State Prison, P.O. Box 549, Helena, GA 31037.

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)
Darrell Usry III, Deputy, Tennille P.D. & Washington County Sheriff's Office; Calvin Hatcher, ex Major - School police, Washington County Board of Education; Ben Avant, Deputy, Washington County Sheriff's Office; Audrey Stokes, ex-Captain at WCSO, Present place of employment unknown; (WCSO) Washington County Sheriffs Office, Law Enforcement, County/Local Gov't.

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? Washington County Courthouse, Sandersville GA 31082.

WHEN do you allege this incident took place? June 2nd 2005

WHAT happened? 1) While wearing handcuffs Calvin Hatcher choked me, put me in a headlock hold, depriving me of oxygen and causing my neck to hurt.; 2) Darrell Usry III disposed his weapon, aimed it at me, and discharged the firearm hitting me in the foot. I was in handcuffs at the time of Mr. Usry's III actions. I then disarmed Mr. Usry of his weapon and disarmed the weapon by removing the magazine "clip" from the gun and taking a bullet out of the chamber and then throwing the magazine out of the courthouse window.; 3) While in handcuffs Mr. Avant wrestled me and put me in the headlock position causing pain to my neck and head.; 4) While in handcuffs Ms. Stokes put me in the headlock position causing pain to my neck and she also twisted handcuffs causing pain to my wrist.; 5) Mr. Thomas Smith was present and did not intervene the initial and 1st use of force by Mr. Usry III. Mr. Usry III initiated force and I protected myself by taking his firearm and disarming it and putting it on the table once it was disarmed. I believe the incident started because I did not put on leg irons.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Mr. Hayward Altman, P.O. Drawer 590, Swainsboro GA 30401 was present in the courthouse on June 2nd 2005.; Mike Brett, probation officer in Sandersville GA 31082 was present on June 2nd 2005.; Joseph Stauffer, 202 Canton HWY, Cumming GA 30040 was present on June 2nd 2005. Thomas Smith, Sheriff, Sandersville GA 31082 was present on June 2nd 2005.

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I'm requesting 130 million dollars or its exact equivalent as a settlement. I request that the defendants be held liable for the costs of filing this action. I also request that the defendants pay for any other cost that may arise out of subsequent proceedings and subsequent medical bills.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 02nd day of October, 2013.

*Desi Jackson*
Desi Lee Hyman Jackson
PLAINTIFF